Opinion filed May 24, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed May 24, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00140-CR 

                                                    __________

 

                              ROBERT
MARK HAMILTON, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                        On
Appeal from the 132nd District Court

 

                                                          Scurry
 County, Texas

 

                                                     Trial
Court Cause No. 8554

 



 

                                                                   O
P I N I O N

Robert Mark Hamilton has filed in this court a
motion to withdraw his notice of appeal. 
The motion is signed by both appellant and his counsel.  The motion is granted.

The appeal is dismissed.

 

May 24,
2007                                                                          PER
CURIAM

Do not publish.  See Tex. R. App. P. 47.2(b). 

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.